IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONTRELL DE'ARRIES CULVER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> D. PARRISH, *et al.*, ) <br> ) <br> Defendants. ) | <br><br><br><br>CASE NO. 1:25-CV-4-WKW <br> [WO] |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge entered on February 3, 2025. (Doc. # 4.) There being no timely objections filed to the Recommendation, and after an independent review of the record, it is ORDERED as follows:

(1) The Recommendation is ADOPTED; and

(2) This action is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE this 28th day of February, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE